**The document below is hereby signed.**

**Dated: November 30, 2012.**



_____
**S. Martin Teel, Jr.
U.S. Bankruptcy Judge**

```
              UNITED STATES BANKRUPTCY COURT
               FOR THE DISTRICT OF COLUMBIA

In re                         )
                              )
STEPHEN THOMAS YELVERTON,     )    Case No. 09-00414
                              )    (Chapter 7)
          Debtor.             )
_____)
                              )
STEPHEN THOMAS YELVERTON,     )
                              )
          Plaintiff,          )
                              )
     v.                       )    Adversary Proceeding No.
                              )    12-10011
ALEXANDRA N. SENYI DE NAGY-   )
UNYOM,                        )    Not for Publication in
                              )    West's Bankruptcy Reporter
          Defendant.          )
```

<u>AMENDED MEMORANDUM DECISION</u>

It is

ORDERED that the court's Memorandum Decision Re Cross-Motions for Summary Judgment (Dkt. No. 16) is amended to modify the sentence appearing on the bottom of page 7 and carrying over to the top of page 8. The sentence in the original memorandum decision states:

>The complaint, however, can be read as seeking a determination that any monetary obligations owed to Senyi and arising out of their marital relationship and the ensuing divorce proceeding.

The sentence is amended to state:

>The complaint, however, can be read as seeking a determination that any monetary obligations owed to Senyi and arising out of their marital relationship and the ensuing divorce proceeding are dischargeable.

>>[Signed and dated above.]


Copies to: All counsel of record; Recipients of e-notification of filings.